JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ANGELA JACKSON,** | ) |
| Plaintiff, | ) Case No. CV 15-8511 AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that the Commissioner's decision is affirmed.

August 18, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge